IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00050-PSF-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RANDE LYN BERNAL,

        Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On September 21, 2006, the probation officer submitted a petition for early termination of probation in this case. On September 22, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on September 22, 2006, and the United States has not objected to the proposed relief. Accordingly, it is

      ORDERED that Defendant Rande Lyn Bernal be discharged from probation and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 12th day of October, 2006.

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge